ALLAN L. TUMARKIN v.
FIRST NATIONAL STATE BANK OF NEW JERSEY.

November 9, 1976. Petition for certification granted. (See 142 *N. J. Super.* 304)

LESTER S. STEWART, JR. v. VINCENT E. SBARRO.

November 9, 1976. Petition for certification denied. (See 142 *N. J. Super.* 581)

STATE OF NEW JERSEY v. ROBERT ZARINSKY.

November 9, 1976. Petition for certification granted. (See 143 *N. J. Super.* 35)

HOWARD BURD, JR. v. FERNAND J. VERCRUYSSEN.

November 9, 1976. Petition for certification denied. (See 142 *N. J. Super.* 344)

HOWARD BURD, JR. v. FERNAND J. VERCRUYSSEN.

November 9, 1976. Cross-Petition for certification denied. (See 142 *N. J. Super.* 344)